**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
1330 L STREET, SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:23CR00149 |
| Plaintiff, | |
| vs. | MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL |
| RICHARD GARCIA, | |
| Defendant | |

On August 11, 2023, Mr. RICHARD GARCIA was indicted, Doc. 6. I was appointed to represent Mr. GARCIA that same day. On December 2, 2024, pursuant to a plea agreement, Mr. GARCIA entered a guilty plea, Doc. 67.  On March 31, 2025.  Ms. GARCIA was sentenced by the Court, Doc. 251. The time for the filing of an appeal ran on April 15, 2023 and no appeal was filed. Having completed his representation of Mr. GARCIA, CJA Attorney, Richard A. Beshwate, Jr. now moves to terminate his appointment under the Criminal Justice Act.

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 1

1    Should Mr. GARCIA require further legal representation He may contact the Office of

2  the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

3  330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll free).

4

5

6    If appropriate, that office will arrange for appointment of counsel to represent him.

7

8  May 2, 2025

9

10                                          /s/Richard A. Beshwate, Jr.
                                             Richard A. Beshwate, Jr.
11                                           Attorney for Mr. GARCIA.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 2

ORDER


Since CJA counsel Richard A. Beshwate, Jr. has completed the services for which he was appointed the Court hereby grants counsel's motion to terminate his appointment as counsel for RICHARD GARCIA.

The Clerk of Court is directed to serve a copy of this order on RICHARD GARCIA 72662-510, at the following address:   MDC Los Angeles, 535 N ALAMEDA STREET, LOS ANGELES, CA  90012.

IT IS SO ORDERED.

Dated: May 5, 2025

_____
UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 3